CHARLES S. OLMSTEAD, et al. vs. SETH C. JONES, imp'd with JOHN ALLEN.

Where plaintiffs swear to more witnesses in the county where the venue is laid to substantiate their cause of action *particularly specified*, defendants motion to change venue will be denied.

*Motion by defendant to change venue.*—This was a motion by defendant to change the venue from Rensselaer to Munroe on *ten* witnesses in Munroe county. The defendant stated, that the plaintiff sought to charge him as a copartner of the defendant John Allen, and as a joint owner with him of the line of canal boats, called John Allen's Clinton Line, and to recover for their services in towing the boats of said line on the Erie canal. That one ground of defence was, that defendant was not a copartner or joint owner with John Allen in the property mentioned, and not jointly liable with John Allen nor otherwise for the demand of plaintiffs.

Plaintiffs swore to fourteen witnesess in Rensselaer and Albany counties, which would be material on the trial, to establish the joint liability of the defendants for the services charged in plaintiffs' bill of particulars.

J. EDWARDS, *Defts Counsel.*          S. MATTHEWS, *Defts Atty.*

E. CLARK, *Plffs Counsel.*          E. CLARK, *Plffs Atty.*

BEARDSLEY, Justice.---There is nothing to distinguish this from the common cases, and the motion must be denied. Rule accordingly.